1  Jack Silver, Esquire SBN# 160575
   Law Office of Jack Silver
2  Post Office Box 5469
   Santa Rosa, California 95402-5469
3  Telephone: (707) 528-8275
   Facsimile: (707) 528-8675
4  lhm28843@sbcglobal.net

5  Attorney for Plaintiff
   Northern California River Watch

6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10 NORTHERN CALIFORNIA RIVER              CASE NO.:C06-03247 MHP
   WATCH, a non-profit Corporation,
11                                        NOTICE OF VOLUNTARY DISMISSAL
                                          OF THOMAS J. WHITELEY, INC. AS A
12            Plaintiff,                  PARTY DEFENDANT WITHOUT
   v.                                     PREJUDICE
13                                        [FRCP § 41(a)(1)(i)]
   BIG OIL & TIRE COMPANY, INC.,
14 THOMAS J. WHITELEY, INC., and
   DOES 1 - 10, Inclusive,
15
              Defendants.
16 _____/

17

18    Pursuant to FRCP § 41(a)(1)(i) , NOTICE IS HEREBY GIVEN that plaintiff NORTHERN

19 CALIFORNIA RIVER WATCH hereby dismisses defendant THOMAS J. WHITLEY, INC., as a party

20 defendant to the above-entitled action without prejudice.

21

22 Dated: October 4, 2006
                                          _____
23                                        JACK SILVER, Esq.
                                          Attorney for Plaintiff
24                                        NORTHERN CALIFORNIA RIVER WATCH

25

26                                        10/5/2006

27                                        IT IS SO ORDERED
                                          Judge Marilyn H. Patel
28
   C06-03982 SBA
   Notice of Voluntary Dismissal of Thomas
   J. Whiteley, Inc. as a Party Defendant